UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. Action No. 94-0310 (ABJ) |
| ) | |
| CRYSTAL MICHELLE RANSOM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 18, 2022, the Court received a letter from defendant Crystal Michelle Ransom, [Dkt. # 12], that asked the Court to expunge her criminal record.[1] On January 24, 2022, the Court referred the motion to a United States Magistrate Judge for hearing and recommendation pursuant to LCrR 57.17 and LCrR 59.2(a). Order [Dkt. # 13].

On March 17, 2022, the Magistrate Judge issued a Report and Recommendation, Magistrate Judge's R. & R. [Dkt. # 17] ("Report"), recommending that defendant's motion be denied. *Id.* at 7. The Report explained that defendant's motion did not "challenge the basis for her arrest or guilty plea," or "assert any violations of the Constitution by the government in her arrest and prosecution, or any other extraordinary circumstances related to this case." *Id.* at 5. Furthermore, the motion did not identify "any actual harm or other extreme circumstances arising out of her criminal record." *Id.* at 6, quoting *Mullen v. United States*, No. 12-MC-724, 2016 WL 1089261, at *2 (E.D.N.Y. Mar. 18, 2016) (internal brackets and quotation marks omitted). For

---

[1] Defendant submitted another letter on February 25, 2022, [Dkt. # 16], that was "styled as an amended motion to expunge" her criminal record, and that the Court treated as such. Min. Order (Feb. 25, 2022).

these reasons, the Report concluded that defendant had not "appropriately justified the need for expungement under this Circuit's precedent." *Id.* at 7.

The Report advised the parties "that under the provisions of Local Rule 72.3(b) of the United States District Court for the District of Columbia, any party who objects to the Report and Recommendation must file a written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation." *Id.*  To date, no objections have been filed.

It is therefore

**ORDERED** that the Report and Recommendation [Dkt. # 17] is **ADOPTED** in its entirety; and it is

**FURTHER ORDERED** that plaintiff's motion to expunge her criminal record [Dkt. # 16] is **DENIED**.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  October 20, 2022